UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RELATED COMPANIES, L.P. and MBM SUPPLY COMPANY LLC,<br><br>                        Plaintiffs,<br><br>   - against -<br><br>CARLETON RUTHLING, TESLA WALLS LLC, HUDSON WALLS LLC, RELATED SUPPLY LTD., JEANEAH PAIK, CHRISTOPHER DU, SKYE HOLDINGS LTD., and SKYE SUPPLY LLC,<br><br>                        Defendants.<br><br>-----------------------------------------------------------------<br><br>TESLA WALL SYSTEMS, LLC,<br><br>                        Plaintiff,<br><br>   - against –<br><br>RELATED COMPANIES, L.P. and NEW HUDSON FACADES LLC,<br><br>                        Defendants. | Civil Action No. 17-cv-4175<br><br><br>Civil Action No. 17-cv-5996<br><br>**DECLARATION OF NICHOLAS A. GRAVANTE, JR. IN SUPPORT OF RELATED'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

     Nicholas A. Gravante, Jr. an attorney admitted to practice law before this Court, affirms under penalty of perjury as follows:

1.       I am a partner at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs The Related Companies, L.P. and MBM Supply Company LLC, and Defendants Related Companies, L.P. and New Hudson Facades LLC.

2.       Exhibit 1 to this declaration is a true and correct copy of the transcript of the hearing held on January 16, 2018 before the Hon. Judge Rakoff.

3.       Exhibit 2 to this declaration is a true and correct copy of document bates stamped

CRR0287095-124.

4.      Exhibit 3 to this declaration is a true and correct copy of document bates stamped CRR0115426-27.

5.      Exhibit 4 to this declaration is a true and correct copy of document bates stamped TESLA0113198-200.

6.      Exhibit 5 to this declaration is a true and correct copy of document bates stamped CRR0180399-407.

7.      Exhibit 6 to this declaration is a true and correct copy of document bates stamped TESLA0009144.

8.      Exhibit 7 to this declaration is a true and correct copy of document bates stamped CRR0209824.

9.      Exhibit 8 to this declaration is a true and correct copy of document bates stamped CRR00300999-1000.

10.     Exhibit 9 to this declaration is a true and correct copy of document bates stamped CRR00419331-32.

11.     Exhibit 10 to this declaration is a true and correct copy of document bates stamped CRR00420485-87.

12.     Exhibit 11 to this declaration is a true and correct copy of document bates stamped CRR00419466-68.

13.     Exhibit 12 to this declaration is a true and correct copy of document bates stamped CRR00419469.

14.     Exhibit 13 to this declaration is a true and correct copy of document bates stamped CRR00419487-88.

15.     Exhibit 14 to this declaration is a true and correct copy of document bates stamped

CRR00420510.

16.     Exhibit 15 to this declaration is a true and correct copy of document bates stamped CRR00421344.

17.     Exhibit 16 to this declaration is a true and correct copy of document bates stamped CRR0182019.

18.     Exhibit 17 to this declaration is a true and correct copy of document bates stamped CRR00420525-26.

19.     Exhibit 18 to this declaration is a true and correct copy of document bates stamped CRR00419764.

20.     Exhibit 19 to this declaration is a true and correct copy of document bates stamped TWS0047305-10.

21.     Exhibit 20 to this declaration is a true and correct copy of document bates stamped CRR00419928.

22.     Exhibit 21 to this declaration is a true and correct copy of document bates stamped CRR00420566.

23.     Exhibit 22 to this declaration is a true and correct copy of document bates stamped CRR0210208-91.

24.     Exhibit 23 to this declaration is a true and correct copy of document bates stamped CRR0185652.

25.     Exhibit 24 to this declaration is a true and correct copy of document bates stamped CRR0210336-90.

26.     Exhibit 25 to this declaration is a true and correct copy of the December 05, 2017 email from John Sharpe to Justin Arborn, Christina O'Brien, Karen Chesley, Karen Dyer, Robert Bergson, and Andrew Gefell carbon copying Heather Niemeyer.

27. Exhibit 26 to this declaration is a true and correct copy of the relevant excerpts of Carleton Ruthling's trial testimony in *Tesla Wall Systems LLC v. Michael Budd* (14-cv-08564).

28. Exhibit 27 to this declaration is a true and correct copy of relevant excerpts of the November 14, 2017 30(b)(6) deposition of Skye Holdings Ltd.

29. Exhibit 28 to this declaration is a true and correct copy of relevant excerpts of the November 15, 2017 30(b)(6) deposition of Tesla Wall Systems LLC.

30. Exhibit 29 to this declaration is a true and correct copy of relevant excerpts of the January 8, 2018 deposition of Ruthling Rebuttal Expert Timothy Cummins.

31. Exhibit 30 to this declaration is a true and correct copy of relevant excerpts of the February 24, 2016 30(b)(6) deposition of Tesla Wall Systems LLC in the *Tesla v. Budd* matter (14-cv-8564).

32. Exhibit 31 to this declaration is a true and correct copy of the Ruthling Defendants' responses and objections to Related's second set of requests for the production of documents.

33. Exhibit 32 to this declaration is a true and correct copy of relevant excerpts of the Ruthling Defendants' privilege log.

34. Exhibit 33 to this declaration is a true and correct copy of document bates stamped CD-0024277.

35. Exhibit 34 to this declaration is a true and correct copy of document bates stamped TESLA0118431-34.

36. Exhibit 35 to this declaration is a true and correct copy of document bates stamped TESLA0003373-78.

Dated: New York, New York
     January 19, 2018

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

<u>*/s/ Nicholas A. Gravante Jr.*</u>
Nicholas A. Gravante, Jr.
Karen A. Chesley
575 Lexington Avenue
New York, New York 10022
(212) 446-2300
ngravante@bsfllp.com
kchesley@bsfllp.com

Karen C. Dyer
121 South Orange Avenue
Orlando, Florida 32801
(407) 425-7118
kdyer@bsfllp.com

*Attorneys for Plaintiffs The Related Companies, L.P. and MBM Supply Co., LLC*
*Attorneys for Defendants Related Companies, L.P., and New Hudson Facades LLC*

Case 1:17-cv-04175-JSR-DCF   Document 134   Filed 01/19/18   Page 6 of 6