UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
THE RELATED COMPANIES, L.P. and                                :
MBM SUPPLY COMPANY LLC,                                        :
                                                               :
                       *Plaintiffs*,        :   Civil Action No. 1:17-CV-04175
                                                               :
      - against -                                          :
                                                               :
CARLETON RUTHLING, TESLA WALLS LLC,                            :
HUDSON WALLS LLC, RELATED SUPPLY LTD.,                         :
JEANEAH PAIK, CHRISTOPHER DU, SKYE                             :
HOLDINGS LTD., and SKYE SUPPLY LLC,                            :
                                                               :
                       *Defendants.*        :
---------------------------------------------------------------x
TESLA WALL SYSTEMS, LLC,                                       :
                                                               :
                       *Plaintiff*,          :   Civil Action No. 1:17-CV-05966
                                                               :
      - against -                                          :
                                                               :
THE RELATED COMPANIES, L.P. and NEW                            :
HUDSON FACADES LLC,                                            :
                                                               :
                       *Defendants*.        :
---------------------------------------------------------------x

## DECLARATION OF LAWRENCE A. DANY III

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a Partner in the law firm of Eversheds Sutherland (US) LLP. With respect to the above-captioned actions, I serve as counsel for Defendants Carleton Ruthling, Tesla Walls LLC, Hudson Walls LLC, and Skye Holdings LLC, as well as Plaintiff Tesla Wall Systems LLC (collectively, the "Ruthling Parties"). I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the Ruthling Entities' Opposition to Motion to Compel Related Supply Documents.

1

2. During the course of this litigation, the Ruthling Parties have produced approximately 85,847 documents that were either sent to, received by, or copied Related Supply email domains.

3. The Related Parties' entire production in this action consists of a little more than 98,000 documents.

4. A true and correct copy of the transcript from the January 16, 2018 evidentiary hearing is attached hereto as Exhibit A.

5. A true and correct copy of the relevant excerpts of the transcript from the November 15, 2017 deposition of Tesla Wall Systems, LLC is attached hereto as Exhibit B.

6. A true and correct copy of the relevant excerpts of the transcript from the November 13, 2017 deposition of Tesla Walls, LLC is attached hereto as Exhibit C.

7. A true and correct copy of the relevant excerpts of the transcript from the November 14, 2017 deposition of Skye Holdings Ltd. is attached hereto as Exhibit D.

8. A true and correct copy of the relevant excerpts of the transcript from the November 16, 2017 deposition of Carleton Ruthling is attached hereto as Exhibit E.

9. A true and correct copy of Tesla Wall System, LLC's Complaint against Michael Budd, which was filed in the U.S. District Court for the Southern District of New York on October 27, 2014, is attached hereto as Exhibit F.

10. A true and correct copy of the Related Companies, L.P.'s Complaint against Tesla Wall Systems LLC, which was filed in the Supreme Court for the State of New York on March 13, 2015, is attached hereto as Exhibit G.

11. A true and correct copy of the relevant excerpts of the transcript from the December 28, 2017 deposition of William Chandler is attached hereto as Exhibit H.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2018.

                                        By: /s/ Lawrence A. Dany III
                                            Lawrence A. Dany III
                                            Eversheds Sutherland (US) LLP
                                            1114 Avenue of the Americas, 40th Floor
                                            New York, New York 10036
                                            Tel: 212.389.5038
                                            Fax: 212.389.5099

                                            *Attorney for Defendants Carleton Ruthling, Tesla Walls LLC, Hudson Walls LLC, and Skye Holdings Ltd., and Plaintiff Tesla Wall Systems LLC*