UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
THE RELATED COMPANIES, L.P. and :
MBM SUPPLY COMPANY LLC, :
:
                 Plaintiffs, :
:
   - against - : Civil Action No. 1:17-CV-4175
:
CARLETON RUTHLING, TESLA WALLS LLC, :
HUDSON WALLS LLC, RELATED SUPPLY :
LTD., JEANEAH PAIK, CHRISTOPHER DU, :
SKYE HOLDINGS LTD., and SKYE SUPPLY LLC, :
:
                 Defendants. :
:
---------------------------------------------------------------x

## DECLARATION OF LAWRENCE A. DANY III

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a Partner in the law firm of Eversheds Sutherland (US) LLP, with my office at 1114 Avenue of the Americas, 40th Floor, New York, New York 10036. With respect to the above-captioned actions, I serve as counsel for Defendants Carleton Ruthling, Tesla Walls LLC, Hudson Walls LLC, and Skye Holdings LLC ("Defendants"). I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the Defendants' Motion for Summary Judgment.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' The Related Companies, L.P. and MBM Supply Company LLC ("Plaintiffs") First Amended Complaint filed in this matter as ECF No. 57.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Response and Objections to Defendants Interrogatory Regarding Invoices, which Plaintiffs served on November 21, 2017.

4. Attached as **Exhibit 3** is a true and correct copy of the excerpted materials from the November 1, 2017 30(b)(6) Deposition of The Related Companies, L.P.

5. Attached as **Exhibit 4** is a true and correct copy of the expert report of William Chandler.

6. Attached as **Exhibit 5** is a true and correct copy of the excerpted materials from the December 28, 2017 Deposition of William Chandler.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiffs' Supplemental Response and Objections to Defendants' Interrogatory Regarding Invoices, which Plaintiffs served on January 30, 2018.

8. Attached as **Exhibit 7** are true and correct copies of emails bearing Bates Nos. RELCON00004544 and RELCON00006420.

9. Attached as **Exhibit 8** is a true and correct copy of the excerpted materials from the November 13, 2017 30(b)(6) Deposition of Tesla Walls LLC.

10. Attached as **Exhibit 9** is a true and correct copy of the excerpted materials from the December 11, 2017 Deposition of Michael Brenner.

11. Attached as **Exhibit 10** is a true and correct copy of the excerpted materials from the November 16, 2017 Deposition of Carleton Ruthling.

12. Attached as **Exhibit 11** is a true and correct copy of the Term Sheet, bearing Bates No. CD00008340–CD00008341.

13. Attached as **Exhibit 12** is a true and correct copy of the excerpted materials from the November 15, 2017 30(b)(6) Deposition of Tesla Wall Systems LLC.

14. Attached as **Exhibit 13** is a true and correct copy of an e-mail chain produced in this matter bearing Bates No. RELCON00000512–RELCON00000515.

15. Attached as **Exhibit 14** is a true and correct copy of an e-mail chain produced in this matter bearing Bates No. RELCON00127856–RELCON00127866.

16. Attached as **Exhibit 15** is a true and correct copy of an e-mail chain produced in this matter bearing Bates No. RELCON00000524–RELCON00000526.

17. Attached as **Exhibit 16** is a true and correct copy of an e-mail chain produced in this matter bearing Bates No. RELCON00016902–RELCON00016903.

18. Attached as **Exhibit 17** is a true and correct copy of an e-mail produced in this matter bearing Bates No. RELCON00051041.

19. Attached as **Exhibit 18** is a true and correct copy of the Order issued by Judge Ostrager in the state court action, styled *The Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No. 650778/2015, Doc. No. 198 (N.Y. Sup. Ct., New York Cty., April 17, 2017).

20. Attached as **Exhibit 19** is a true and correct copy of the excerpted materials from the January 10, 2018 Deposition of Stephen Ross.

21. Plaintiffs submitted a list of more than 300 additional invoices on January 30, 2018. Plaintiffs received all but seventeen of these documents on or before October 31, 2017. Defendants produced the remaining seventeen on or before November 20, 2017.

22. Attached as **Exhibit 20** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00000229–RELCON00000230.

23. Attached as **Exhibit 21** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00073227–RELCON00073229.

24. Attached as **Exhibit 22** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00016370–RELCON00016377.

25. Attached as **Exhibit 23** is a true and correct copy of the e-mail produced in this matter bearing Bates No. RELCON00050737.

26. Attached as **Exhibit 24** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00050827–RELCON00050828.

27. Attached as **Exhibit 25** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00007295–RELCON00007304.

28. Attached as **Exhibit 26** is a true and correct copy of the e-mail produced in this matter bearing Bates No. RELCON000072978.

29. Attached as **Exhibit 27** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00152026–RELCON00152027.

30. Attached as **Exhibit 28** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00051629–RELCON00051639.

31. Attached as **Exhibit 29** is a true and correct copy of the e-mail chain produced in this matter bearing Bates No. RELCON00004551–RELCON00004556.

Dated: New York, New York
February 2, 2018

                                             By: /s/ Lawrence A. Dany III
                                                  Ronald W. Zdrojeski
                                                  Lawrence A. Dany III
                                                  John E. Sharpe
                                                  EVERSHEDS SUTHERLAND (US) LLP
                                                  1114 Avenue of the Americas, 40th Floor
                                                  New York, New York 10036
                                                  (212) 389-5000

                                                  *Attorneys for Defendants Carleton Ruthling,*
                                                  *Tesla Walls LLC, Hudson Walls LLC, and Skye*
                                                  *Holdings Ltd.*