**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RELATED COMPANIES, L.P. and MBM SUPPLY COMPANY LLC, | Civil Action No. 17-cv-4175 |
| Plaintiffs, | |
| - against - | |
| CARLETON RUTHLING, TESLA WALLS LLC, HUDSON WALLS LLC, RELATED SUPPLY LTD., JEANEAH PAIK, CHRISTOPHER DU, SKYE HOLDINGS LTD., and SKYE SUPPLY LLC, | |
| Defendants. | |
| | |
| TESLA WALL SYSTEMS, LLC, | Civil Action No. 17-cv-5966 |
| Plaintiff, | **DECLARATION OF NICHOLAS A. GRAVANTE, JR. IN SUPPORT OF RELATED COMPANIES, L.P., MBM SUPPLY CO. LLC, AND NEW HUDSON FACADES' MOTIONS FOR SUMMARY JUDGMENT** |
| - against – | |
| RELATED COMPANIES, L.P. and NEW HUDSON FACADES LLC, | |
| Defendants. | |

Nicholas A. Gravante, Jr., an attorney admitted to practice law before this Court,

affirms under penalty of perjury that I am a partner at the law firm of Boies Schiller Flexner

LLP, counsel for The Related Companies, L.P., MBM Supply Company LLC, and New

Hudson Facades LLC, and that:

1.      Exhibit 001 to this Declaration is a true and correct copy of the document with Bates

number CD-00003291.

2.      Exhibit 002 to this Declaration is a true and correct copy of the document with Bates

number RELATED-00006466.

3.      Exhibit 003 to this Declaration is a true and correct copy of the document with Bates number SKYE000478.

4.      Exhibit 004 to this Declaration is a true and correct copy of the document with Bates number SKYE000538.

5.      Exhibit 005 to this Declaration is a true and correct copy of the document with Bates number CRR0287095-124.

6.      [Exhibit 006 deliberately omitted.]

7.      Exhibit 007 to this Declaration is a true and correct copy of Budd Trial Exhibit 2.

8.      Exhibit 008 to this Declaration is a true and correct copy of the document with Bates number CRR00382488.

9.      Exhibit 009 to this Declaration is a true and correct copy of the document with Bates number CRR00340292.

10.     Exhibit 010 to this Declaration is a true and correct copy of the document with Bates number CRR00349552.

11.     Exhibit 011 to this Declaration is a true and correct copy of the document with Bates number CRR0113155.

12.     Exhibit 012 to this Declaration is a true and correct copy of the document with Bates number TESLA0109516.

13.     Exhibit 013 to this Declaration is a true and correct copy of the document with Bates number BUDD-00026293-397.

14.     Exhibit 014 to this Declaration is a true and correct copy of the document with Bates number TESLA0043838-42.

15.     Exhibit 015 to this Declaration is a true and correct copy of the document with Bates number TESLA0116694-98.

16.     Exhibit 016 to this Declaration is a true and correct copy of the document with Bates number RELCON00279221.

17.     Exhibit 017 to this Declaration is a true and correct copy of the document with Bates number RELATED-00006717.

18.     Exhibit 018 to this Declaration is a true and correct copy of the document with Bates number TWS0032976.

19.     Exhibit 019 to this Declaration is a true and correct copy of the document with Bates number RELATED-00007052.

20.     Exhibit 020 to this Declaration is a true and correct copy of the document with Bates number CRR0287071-80.

21.     Exhibit 021 to this Declaration is a true and correct copy of the document with Bates number RELATED-00004442-45.

22.     Exhibit 022 to this Declaration is a true and correct copy of the document with Bates number CD-00024809.

23.     Exhibit 023 to this Declaration is a true and correct copy of the document with Bates number RELATED-00005284-89.

24.     Exhibit 024 to this Declaration is a true and correct copy of the document with Bates number CRR0127244.

25.     Exhibit 025 to this Declaration is a true and correct copy of the document with Bates number RELATED-00002188-92.

26.     Exhibit 026 to this Declaration is a true and correct copy of the document with Bates number BUDD-00034192-297.

27.     Exhibit 027 to this Declaration is a true and correct copy of the document with Bates number TESLA0015944.

28.     Exhibit 028 to this Declaration is a true and correct copy of the document with Bates number RELATED-00002411-13.

29.     Exhibit 029 to this Declaration is a true and correct copy of the document with Bates number TWS0040887.

30.     Exhibit 030 to this Declaration is a true and correct copy of the document with Bates number TWS0037113.

31.     Exhibit 031 to this Declaration is a true and correct copy of the document with Bates number RELATED-00005404.

32.     Exhibit 032 to this Declaration is a true and correct copy of the document with Bates number TWS0036898.

33.     Exhibit 033 to this Declaration is a true and correct copy of the document with Bates number RELATED-00012438-67.

34.     Exhibit 034 to this Declaration is a true and correct copy of the document with Bates number RELATED-00013392-455.

35.     Exhibit 035 to this Declaration is a true and correct copy of the document with Bates number CRR0119960-61.

36.     Exhibit 036 to this Declaration is a true and correct copy of the document with Bates number RELATED-00004737-42.

37.     Exhibit 037 to this Declaration is a true and correct copy of the document with Bates number BUDD-00037114.

38.     Exhibit 038 to this Declaration is a true and correct copy of the document with Bates number BUDD-00037165-70.

39.     Exhibit 039 to this Declaration is a true and correct copy of the document with Bates number TESLA0009365.

40.     Exhibit 040 to this Declaration is a true and correct copy of the document with Bates number CRR0130482.

41.     Exhibit 041 to this Declaration is a true and correct copy of the document with Bates number RELATED-00005103.

42.     Exhibit 042 to this Declaration is a true and correct copy of the document with Bates number TESLA0086984.

43.     Exhibit 043 to this Declaration is a true and correct copy of the document with Bates number TESLA0018235-38.

44.     Exhibit 044 to this Declaration is a true and correct copy of the document with Bates number TWS0021489.

45.     Exhibit 045 to this Declaration is a true and correct copy of the document with Bates number CD-00015298.

46.     Exhibit 046 to this Declaration is a true and correct copy of the document with Bates number RELCON-00001590.

47.     Exhibit 047 to this Declaration is a true and correct copy of the document with Bates number TESLA0030382-84.

48.     Exhibit 048 to this Declaration is a true and correct copy of the document with Bates number TESLA0114793-827.

49.     [Exhibit 049 deliberately omitted.]

50.     Exhibit 050 to this Declaration is a true and correct copy of the document with Bates number TESLA0101604.

51.     Exhibit 051 to this Declaration is a true and correct copy of the document with Bates number RELATED-00000685-89.

52.     Exhibit 052 to this Declaration is a true and correct copy of the document with Bates

number CRR0183777.

53.     Exhibit 053 to this Declaration is a true and correct copy of the document with Bates number CRR0176447.

54.     Exhibit 054 to this Declaration is a true and correct copy of the document with Bates number REL-00013921-29.

55.     Exhibit 055 to this Declaration is a true and correct copy of the document with Bates number TWS0027951.

56.     Exhibit 056 to this Declaration is a true and correct copy of the document with Bates number RELATED-00001209.

57.     Exhibit 057 to this Declaration is a true and correct copy of the document with Bates number REL-00004444-45.

58.     Exhibit 058 to this Declaration is a true and correct copy of the document with Bates number RELATED-00002003-04.

59.     Exhibit 059 to this Declaration is a true and correct copy of the document with Bates number RELATED-00007459-60.

60.     Exhibit 060 to this Declaration is a true and correct copy of the document with Bates number RELATED-00007478.

61.     [Exhibit 061 deliberately omitted.]

62.     Exhibit 062 to this Declaration is a true and correct copy of the document with Bates number TESLA0006110.

63.     [Exhibit 063 deliberately omitted.]

64.     Exhibit 064 to this Declaration is a true and correct copy of the document with Bates number CD-00001897.

65.     Exhibit 065 to this Declaration is a true and correct copy of the document with Bates

number CD-00008387.

66.     [Exhibit 066 deliberately omitted.]

67.     Exhibit 067 to this Declaration is a true and correct copy of the document with Bates number TESLA0073149-50.

68.     Exhibit 068 to this Declaration is a true and correct copy of the document with Bates number RELATED-00007141.

69.     Exhibit 069 to this Declaration is a true and correct copy of the document with Bates number TESLA0115002-03.

70.     Exhibit 070 to this Declaration is a true and correct copy of the document with Bates number TESLA0042221.

71.     [Exhibit 071 deliberately omitted.]

72.     [Exhibit 072 deliberately omitted.]

73.     Exhibit 073 to this Declaration is a true and correct copy of the document with Bates number RELATED-00006890-94.

74.     Exhibit 074 to this Declaration is a true and correct copy of the document with Bates number TESLA0105378.

75.     Exhibit 075 to this Declaration is a true and correct copy of the document with Bates number CRR0177976.

76.     Exhibit 076 to this Declaration is a true and correct copy of the document with Bates number CRR0186742.

77.     Exhibit 077 to this Declaration is a true and correct copy of the document with Bates number RELATED-00006274-76.

78.     Exhibit 078 to this Declaration is a true and correct copy of the document with Bates number TWS0028723.

79.     Exhibit 079 to this Declaration is a true and correct copy of the document with Bates number TESLA0074207.

80.     [Exhibit 080 deliberately omitted.]

81.     Exhibit 081 to this Declaration is a true and correct copy of the document with Bates number TESLA0008502.

82.     Exhibit 082 to this Declaration is a true and correct copy of the document with Bates number RELATED-00005684-90.

83.     Exhibit 083 to this Declaration is a true and correct copy of the document with Bates number AIT-0016.

84.     Exhibit 084 to this Declaration is a true and correct copy of the document with Bates number TESLA0074295.

85.     Exhibit 085 to this Declaration is a true and correct copy of the document with Bates number RELATED-00006263-64.

86.     Exhibit 086 to this Declaration is a true and correct copy of the document with Bates number TESLA0073602.

87.     Exhibit 087 to this Declaration is a true and correct copy of the document with Bates number BUDD-00069463.

88.     Exhibit 088 to this Declaration is a true and correct copy of the document with Bates number RELATED-00006363-64.

89.     Exhibit 089 to this Declaration is a true and correct copy of the document with Bates number BUDD-00070290-301.

90.     Exhibit 090 to this Declaration is a true and correct copy of the document with Bates number RELATED-00004196.

91.     Exhibit 091 to this Declaration is a true and correct copy of the document with Bates

number RELATED-00006430-32.

92.     Exhibit 092 to this Declaration is a true and correct copy of the document with Bates number TWS0001241.

93.     Exhibit 093 to this Declaration is a true and correct copy of the document with Bates number AIT-0091.

94.     Exhibit 094 to this Declaration is a true and correct copy of the document with Bates number SKYE001474.

95.     Exhibit 095 to this Declaration is a true and correct copy of the document with Bates number TESLA0114750-54.

96.     Exhibit 096 to this Declaration is a true and correct copy of the document with Bates number TESLA0115004.

97.     Exhibit 097 to this Declaration is a true and correct copy of the document with Bates number TESLA0008928.

98.     Exhibit 098 to this Declaration is a true and correct copy of the document with Bates number TWS0005971.

99.     Exhibit 099 to this Declaration is a true and correct copy of the document with Bates number CRR0028259.

100.    Exhibit 100 to this Declaration is a true and correct copy of the document with Bates number TESLA0008591-96.

101.    Exhibit 101 to this Declaration is a true and correct copy of the document with Bates number TWS0021491-92.

102.    Exhibit 102 to this Declaration is a true and correct copy of the document with Bates number CD-00030703.

103.    Exhibit 103 to this Declaration is a true and correct copy of the document with Bates

number TESLA0024950.

104.    Exhibit 104 to this Declaration is a true and correct copy of the document with Bates number RELATED-00003555-56.

105.    Exhibit 105 to this Declaration is a true and correct copy of the document with Bates number BUDD-00066821.

106.    Exhibit 106 to this Declaration is a true and correct copy of the document with Bates number RELATED-00009727-31.

107.    Exhibit 107 to this Declaration is a true and correct copy of the document with Bates number TESLA0115229.

108.    Exhibit 108 to this Declaration is a true and correct copy of the document with Bates number TESLA0041894-96.

109.    Exhibit 109 to this Declaration is a true and correct copy of the document with Bates number BUDD-00085585.

110.    Exhibit 110 to this Declaration is a true and correct copy of the document with Bates number RELCON00339439.

111.    Exhibit 111 to this Declaration is a true and correct copy of the document with Bates number RELATED-00009692.

112.    Exhibit 112 to this Declaration is a true and correct copy of the document with Bates number RELATED-00019604.

113.    Exhibit 113 to this Declaration is a true and correct copy of the document with Bates number RELCON00459599.

114.    Exhibit 114 to this Declaration is a true and correct copy of the document with Bates number TESLA0033426-33.

115.    Exhibit 115 to this Declaration is a true and correct copy of the document with Bates

number TWS0038990.

116.   Exhibit 116 to this Declaration is a true and correct copy of the document with Bates number RELATED-00009548-65.

117.   Exhibit 117 to this Declaration is a true and correct copy of the document with Bates number CRR0031773.

118.   Exhibit 118 to this Declaration is a true and correct copy of the document with Bates number REL-00003437-40.

119.   Exhibit 119 to this Declaration is a true and correct copy of the document with Bates number TESLA0113615-16.

120.   Exhibit 120 to this Declaration is a true and correct copy of the document with Bates number RELATED-00000523-25.

121.   Exhibit 121 to this Declaration is a true and correct copy of the document with Bates number RELATED-00013579-648.

122.   Exhibit 122 to this Declaration is a true and correct copy of the document with Bates number TESLA0034729.

123.   Exhibit 123 to this Declaration is a true and correct copy of the document with Bates number RELATED-00014365.

124.   Exhibit 124 to this Declaration is a true and correct copy of the document with Bates number RELCON00339167.

125.   Exhibit 125 to this Declaration is a true and correct copy of the document with Bates number SKYE000907.

126.   Exhibit 126 to this Declaration is a true and correct copy of the document with Bates number TWS0005599.

127.   Exhibit 127 to this Declaration is a true and correct copy of the document with Bates

number CD-00031479.

128.     Exhibit 128 to this Declaration is a true and correct copy of the document with Bates number REL-00009467-68.

129.     Exhibit 129 to this Declaration is a true and correct copy of the document with Bates number CD-00017934.

130.     Exhibit 130 to this Declaration is a true and correct copy of the document with Bates number RELCON00337906-07.

131.     Exhibit 131 to this Declaration is a true and correct copy of the document with Bates number RELATED-00016775-76.

132.     Exhibit 132 to this Declaration is a true and correct copy of the document with Bates number RELATED-00014982-85.

133.     Exhibit 133 to this Declaration is a true and correct copy of the document with Bates number TESLA0029316.

134.     Exhibit 134 to this Declaration is a true and correct copy of the document with Bates number TWS0005341.

135.     Exhibit 135 to this Declaration is a true and correct copy of the document with Bates number RELATED-00016996-98.

136.     Exhibit 136 to this Declaration is a true and correct copy of the document with Bates number TESLA0072068-70.

137.     Exhibit 137 to this Declaration is a true and correct copy of the document with Bates number TWS0040418.

138.     Exhibit 138 to this Declaration is a true and correct copy of the document with Bates number TESLA0074038-39.

139.     Exhibit 139 to this Declaration is a true and correct copy of the document with Bates

number TWS0001064.

140.    Exhibit 140 to this Declaration is a true and correct copy of the document with Bates number CRR0043624-784.

141.    Exhibit 141 to this Declaration is a true and correct copy of the document with Bates number RELCON00337914.

142.    Exhibit 142 to this Declaration is a true and correct copy of the document with Bates number RELCON00338021.

143.    Exhibit 143 to this Declaration is a true and correct copy of the document with Bates number TESLA0043712-13.

144.    Exhibit 144 to this Declaration is a true and correct copy of the document with Bates number TWS0005200.

145.    Exhibit 145 to this Declaration is a true and correct copy of the document with Bates number REL-00005960.

146.    [Exhibit 146 deliberately omitted.]

147.    [Exhibit 147 deliberately omitted.]

148.    Exhibit 148 to this Declaration is a true and correct copy of the document with Bates number REL-00006270.

149.    Exhibit 149 to this Declaration is a true and correct copy of the document with Bates number TESLA0029673-86.

150.    Exhibit 150 to this Declaration is a true and correct copy of the document with Bates number BUDD-00032972.

151.    Exhibit 151 to this Declaration is a true and correct copy of the document with Bates number RELCON00212456.

152.    Exhibit 152 to this Declaration is a true and correct copy of the document with Bates

number CRR0025055-56.

153.    Exhibit 153 to this Declaration is a true and correct copy of the document with Bates number REL-00006478-80.

154.    Exhibit 154 to this Declaration is a true and correct copy of the document with Bates number BUDD-00033567.

155.    Exhibit 155 to this Declaration is a true and correct copy of the document with Bates number TWS0047590.

156.    Exhibit 156 to this Declaration is a true and correct copy of the document with Bates number REL-00006660.

157.    Exhibit 157 to this Declaration is a true and correct copy of the document with Bates number CRR0183398.

158.    Exhibit 158 to this Declaration is a true and correct copy of the document with Bates number RELCON-00014985.

159.    Exhibit 159 to this Declaration is a true and correct copy of the document with Bates number REL-00006782.

160.    Exhibit 160 to this Declaration is a true and correct copy of the document with Bates number TESLA0034193.

161.    Exhibit 161 to this Declaration is a true and correct copy of the document with Bates number TWS0047591.

162.    Exhibit 162 to this Declaration is a true and correct copy of the document with Bates number CD-00004483.

163.    [Exhibit 163 deliberately omitted.]

164.    Exhibit 164 to this Declaration is a true and correct copy of the document with Bates number REL-00002351.

165.     Exhibit 165 to this Declaration is a true and correct copy of the document with Bates number TWS0001983.

166.     Exhibit 166 to this Declaration is a true and correct copy of the document with Bates number CRR0022894.

167.     Exhibit 167 to this Declaration is a true and correct copy of the document with Bates number RELCON00152026.

168.     Exhibit 168 to this Declaration is a true and correct copy of the document with Bates number TESLA0000540.

169.     [Exhibit 169 deliberately omitted.]

170.     Exhibit 170 to this Declaration is a true and correct copy of the document with Bates number TESLA0032901-03.

171.     Exhibit 171 to this Declaration is a true and correct copy of the document with Bates number TESLA0115521-24.

172.     Exhibit 172 to this Declaration is a true and correct copy of the document with Bates number CD-00032736.

173.     Exhibit 173 to this Declaration is a true and correct copy of the document with Bates number REL-00007832.

174.     Exhibit 174 to this Declaration is a true and correct copy of the document with Bates number CRR0024737.

175.     Exhibit 175 to this Declaration is a true and correct copy of the document with Bates number RELATED-00028075-86.

176.     Exhibit 176 to this Declaration is a true and correct copy of the document with Bates number SKYE000845.

177.     Exhibit 177 to this Declaration is a true and correct copy of the document with Bates

number REL-00008223.

178.    Exhibit 178 to this Declaration is a true and correct copy of the document with Bates number TWS0047606-07.

179.    Exhibit 179 to this Declaration is a true and correct copy of the document with Bates number TESLA0071036-37.

180.    Exhibit 180 to this Declaration is a true and correct copy of the document with Bates number TESLA0043757-59.

181.    Exhibit 181 to this Declaration is a true and correct copy of the document with Bates number CRR0095588.

182.    Exhibit 182 to this Declaration is a true and correct copy of the document with Bates number REL-00010216-17.

183.    Exhibit 183 to this Declaration is a true and correct copy of the document with Bates number TWS0018175.

184.    Exhibit 184 to this Declaration is a true and correct copy of the document with Bates number TWS0005091.

185.    Exhibit 185 to this Declaration is a true and correct copy of the document with Bates number REL-00010344.

186.    Exhibit 186 to this Declaration is a true and correct copy of the document with Bates number TESLA0043730.

187.    Exhibit 187 to this Declaration is a true and correct copy of the document with Bates number TESLA0115525-28.

188.    Exhibit 188 to this Declaration is a true and correct copy of the document with Bates number RELATED-00022543-44.

189.    Exhibit 189 to this Declaration is a true and correct copy of the document with Bates

number RELATED-00015372.

190.    Exhibit 190 to this Declaration is a true and correct copy of the document with Bates number TESLA0032425-29.

191.    Exhibit 191 to this Declaration is a true and correct copy of the document with Bates number TESLA0009827-37.

192.    Exhibit 192 to this Declaration is a true and correct copy of the document with Bates number TESLA0009877-81.

193.    Exhibit 193 to this Declaration is a true and correct copy of the document with Bates number TESLA0032559-63.

194.    Exhibit 194 to this Declaration is a true and correct copy of the document with Bates number TWS0029547.

195.    Exhibit 195 to this Declaration is a true and correct copy of the document with Bates number TESLA0074008.

196.    Exhibit 196 to this Declaration is a true and correct copy of the document with Bates number CRR0024563.

197.    Exhibit 197 to this Declaration is a true and correct copy of the document with Bates number BUDD-00024733.

198.    Exhibit 198 to this Declaration is a true and correct copy of the document with Bates number TESLA0115517-20.

199.    Exhibit 199 to this Declaration is a true and correct copy of the document with Bates number TESLA0030741-43.

200.    Exhibit 200 to this Declaration is a true and correct copy of the document with Bates number TESLA0007631-34.

201.    Exhibit 201 to this Declaration is a true and correct copy of the document with Bates

number REL-00010775-76.

202.    Exhibit 202 to this Declaration is a true and correct copy of the document with Bates number TESLA0000617-18.

203.    Exhibit 203 to this Declaration is a true and correct copy of the document with Bates number CRR0185099-102.

204.    Exhibit 204 to this Declaration is a true and correct copy of the document with Bates number TESLA0114648-49.

205.    Exhibit 205 to this Declaration is a true and correct copy of the document with Bates number SKYE000862.

206.    Exhibit 206 to this Declaration is a true and correct copy of the document with Bates number BUDD-00107478-88.

207.    Exhibit 207 to this Declaration is a true and correct copy of the document with Bates number RELATED-00013011-15.

208.    Exhibit 208 to this Declaration is a true and correct copy of the document with Bates number CD-00007772.

209.    Exhibit 209 to this Declaration is a true and correct copy of the document with Bates number TESLA0114785-88.

210.    Exhibit 210 to this Declaration is a true and correct copy of the document with Bates number RELATED-00019611-12.

211.    Exhibit 211 to this Declaration is a true and correct copy of the document with Bates number TESLA0044234-35.

212.    Exhibit 212 to this Declaration is a true and correct copy of the document with Bates number BUDD-00025119-20.

213.    Exhibit 213 to this Declaration is a true and correct copy of the document with Bates

number TESLA0041421-24.

214.    Exhibit 214 to this Declaration is a true and correct copy of the document with Bates number RELCON00253043.

215.    Exhibit 215 to this Declaration is a true and correct copy of the document with Bates number TWS0028008.

216.    Exhibit 216 to this Declaration is a true and correct copy of the document with Bates number AIT-00039.

217.    Exhibit 217 to this Declaration is a true and correct copy of the document with Bates number CD-00067730-40.

218.    Exhibit 218 to this Declaration is a true and correct copy of the document with Bates number TESLA0041569-70.

219.    Exhibit 219 to this Declaration is a true and correct copy of the document with Bates number TWS0039218.

220.    Exhibit 220 to this Declaration is a true and correct copy of the document with Bates number RELATED-00014423.

221.    Exhibit 221 to this Declaration is a true and correct copy of the document with Bates number TESLA0007120.

222.    Exhibit 222 to this Declaration is a true and correct copy of the document with Bates number TESLA0114171.

223.    [Exhibit 223 deliberately omitted.]

224.    Exhibit 224 to this Declaration is a true and correct copy of the document with Bates number TESLA0002802.

225.    Exhibit 225 to this Declaration is a true and correct copy of the document with Bates number RELCON00078102.

226.    Exhibit 226 to this Declaration is a true and correct copy of the document with Bates number TESLA0083241.

227.    [Exhibit 227 deliberately omitted.]

228.    Exhibit 228 to this Declaration is a true and correct copy of the document with Bates number TESLA0000404.

229.    Exhibit 229 to this Declaration is a true and correct copy of the document with Bates number REL-00011033-34.

230.    Exhibit 230 to this Declaration is a true and correct copy of the document with Bates number TESLA0007859.

231.    Exhibit 231 to this Declaration is a true and correct copy of the document with Bates number CRR0184395.

232.    Exhibit 232 to this Declaration is a true and correct copy of the document with Bates number TESLA0115515-28.

233.    Exhibit 233 to this Declaration is a true and correct copy of the document with Bates number BUDD-00000905.

234.    Exhibit 234 to this Declaration is a true and correct copy of the document with Bates number RELCON00253045.

235.    Exhibit 235 to this Declaration is a true and correct copy of the document with Bates number SKYE001501.

236.    [Exhibit 236 deliberately omitted.]

237.    Exhibit 237 to this Declaration is a true and correct copy of the document with Bates number BUDD-00108194-97.

238.    Exhibit 238 to this Declaration is a true and correct copy of the document with Bates number RELCON-00011790.

239.    Exhibit 239 to this Declaration is a true and correct copy of the document with Bates number RELCON00463831.

240.    Exhibit 240 to this Declaration is a true and correct copy of the document with Bates number SKYE001507-08.

241.    Exhibit 241 to this Declaration is a true and correct copy of the document with Bates number TESLA0106314.

242.    Exhibit 242 to this Declaration is a true and correct copy of the document with Bates number BUDD-00005227-28.

243.    Exhibit 243 to this Declaration is a true and correct copy of the document with Bates number RELCON00357144.

244.    Exhibit 244 to this Declaration is a true and correct copy of the document with Bates number CRR0185214.

245.    Exhibit 245 to this Declaration is a true and correct copy of the document with Bates number RELCON00341112.

246.    Exhibit 246 to this Declaration is a true and correct copy of the document with Bates number RELCON00341339.

247.    Exhibit 247 to this Declaration is a true and correct copy of the document with Bates number SKYE000622.

248.    Exhibit 248 to this Declaration is a true and correct copy of the document with Bates number TESLA0118466.

249.    Exhibit 249 to this Declaration is a true and correct copy of the document with Bates number RELCON00341374.

250.    Exhibit 250 to this Declaration is a true and correct copy of the document with Bates number RELCON00342107.

251.    Exhibit 251 to this Declaration is a true and correct copy of the document with Bates number RELCON00342436.

252.    Exhibit 252 to this Declaration is a true and correct copy of the document with Bates number RELCON00342463.

253.    Exhibit 253 to this Declaration is a true and correct copy of the document with Bates number RELCON00342504.

254.    Exhibit 254 to this Declaration is a true and correct copy of the document with Bates number REL-00003625.

255.    Exhibit 255 to this Declaration is a true and correct copy of the document with Bates number RELCON00342518.

256.    Exhibit 256 to this Declaration is a true and correct copy of the document with Bates number RELCON00342573.

257.    Exhibit 257 to this Declaration is a true and correct copy of the document with Bates number TESLA0119197.

258.    Exhibit 258 to this Declaration is a true and correct copy of the document with Bates number RELCON00342142.

259.    Exhibit 259 to this Declaration is a true and correct copy of the document with Bates number SKYE000848.

260.    Exhibit 260 to this Declaration is a true and correct copy of the document with Bates number TESLA0113506-09.

261.    [Exhibit 261 deliberately omitted.]

262.    Exhibit 262 to this Declaration is a true and correct copy of the document with Bates number RELCON-00013401.

263.    Exhibit 263 to this Declaration is a true and correct copy of the document with Bates

number CRR0238064.

264.    Exhibit 264 to this Declaration is a true and correct copy of the document with Bates number RELCON00325190.

265.    Exhibit 265 to this Declaration is a true and correct copy of the document with Bates number TESLA0105508-10.

266.    Exhibit 266 to this Declaration is a true and correct copy of the document with Bates number RELATED-00020807-09.

267.    Exhibit 267 to this Declaration is a true and correct copy of the document with Bates number CRR0180399.

268.    Exhibit 268 to this Declaration is a true and correct copy of the document with Bates number CRR0195033.

269.    Exhibit 269 to this Declaration is a true and correct copy of the document with Bates number TESLA0009144.

270.    Exhibit 270 to this Declaration is a true and correct copy of the document with Bates number TESLA0113267-68.

271.    Exhibit 271 to this Declaration is a true and correct copy of the document with Bates number CRR0217369.

272.    Exhibit 272 to this Declaration is a true and correct copy of the document with Bates number CRR00298935.

273.    Exhibit 273 to this Declaration is a true and correct copy of the document with Bates number CRR00304219.

274.    Exhibit 274 to this Declaration is a true and correct copy of the document with Bates number CRR0028416.

275.    Exhibit 275 to this Declaration is a true and correct copy of the document with Bates

number CRR00298960.

276.    Exhibit 276 to this Declaration is a true and correct copy of the document with Bates number TESLA0000188.

277.    Exhibit 277 to this Declaration is a true and correct copy of the document with Bates number REL-00013149.

278.    Exhibit 278 to this Declaration is a true and correct copy of the document with Bates number BUDD-00021668.

279.    [Exhibit 279 deliberately omitted.]

280.    Exhibit 280 to this Declaration is a true and correct copy of the document with Bates number RELCON00278633.

281.    Exhibit 281 to this Declaration is a true and correct copy of the document with Bates number BUDD-00107460.

282.    Exhibit 282 to this Declaration is a true and correct copy of the document with Bates number TESLA0009352.

283.    Exhibit 283 to this Declaration is a true and correct copy of the document with Bates number SKYE000089.

284.    Exhibit 284 to this Declaration is a true and correct copy of the document with Bates number TESLA0074130-42.

285.    Exhibit 285 to this Declaration is a true and correct copy of the document with Bates number TESLA0002804.

286.    Exhibit 286 to this Declaration is a true and correct copy of the document with Bates number CRR00299015.

287.    Exhibit 287 to this Declaration is a true and correct copy of the document with Bates number TESLA0000248.

288.    Exhibit 288 to this Declaration is a true and correct copy of the document with Bates number CRR00438112.

289.    Exhibit 289 to this Declaration is a true and correct copy of the document with Bates number TESLA0074178-81.

290.    Exhibit 290 to this Declaration is a true and correct copy of the document with Bates number TESLA0007949.

291.    Exhibit 291 to this Declaration is a true and correct copy of the document with Bates number TESLA0000117.

292.    Exhibit 292 to this Declaration is a true and correct copy of the document with Bates number TESLA0113214-19.

293.    Exhibit 293 to this Declaration is a true and correct copy of the document with Bates number TWS0040535.

294.    Exhibit 294 to this Declaration is a true and correct copy of the document with Bates number CRR00304259.

295.    Exhibit 295 to this Declaration is a true and correct copy of the document with Bates number REL-00003355.

296.    Exhibit 296 to this Declaration is a true and correct copy of the document with Bates number CRR00437470-522.

297.    Exhibit 297 to this Declaration is a true and correct copy of the document with Bates number RELATED-00020711-29.

298.    Exhibit 298 to this Declaration is a true and correct copy of the document with Bates number REL-00000229-300.

299.    Exhibit 299 to this Declaration is a true and correct copy of the document with Bates number CRR00352885.

300.    Exhibit 300 to this Declaration is a true and correct copy of the document with Bates number CRR00352886.

301.    Exhibit 301 to this Declaration is a true and correct copy of the document with Bates number REL-00000229-300.

302.    Exhibit 302 to this Declaration is a true and correct copy of the document with Bates number SKYE_SUPPLY00062388.

303.    Exhibit 303 to this Declaration is a true and correct copy of the document with Bates number SKYE001530.

304.    Exhibit 304 to this Declaration is a true and correct copy of the document with Bates number TWS0004756.

305.    Exhibit 305 to this Declaration is a true and correct copy of the document with Bates number SKYE_SUPPLY00023486.

306.    Exhibit 306 to this Declaration is a true and correct copy of the document with Bates number RELATED-00020640.

307.    Exhibit 307 to this Declaration is a true and correct copy of the document with Bates number RELATED-00020645-46.

308.    Exhibit 308 to this Declaration is a true and correct copy of the document with Bates number SKYE_SUPPLY00049563.

309.    Exhibit 309 to this Declaration is a true and correct copy of the document with Bates number CD-00021715.

310.    [Exhibit 310 deliberately omitted.]

311.    Exhibit 311 to this Declaration is a true and correct copy of the document with Bates number TESLA0113563-65.

312.    Exhibit 312 to this Declaration is a true and correct copy of the document with Bates

number REL-00000383-84.

313.    Exhibit 313 to this Declaration is a true and correct copy of the document with Bates number CRR00299283.

314.    Exhibit 314 to this Declaration is a true and correct copy of the document with Bates number SKYE_SUPPLY00062521.

315.    Exhibit 315 to this Declaration is a true and correct copy of the document with Bates number TESLA0106939.

316.    Exhibit 316 to this Declaration is a true and correct copy of the document with Bates number CRR0093832.

317.    Exhibit 317 to this Declaration is a true and correct copy of the document with Bates number CRR0095561.

318.    Exhibit 318 to this Declaration is a true and correct copy of the document with Bates number CRR0207883.

319.    Exhibit 319 to this Declaration is a true and correct copy of the document with Bates number SKYE000160.

320.    Exhibit 320 to this Declaration is a true and correct copy of the document with Bates number CRR0182997.

321.    Exhibit 321 to this Declaration is a true and correct copy of the document with Bates number CRR0186672.

322.    Exhibit 322 to this Declaration is a true and correct copy of the Complaint filed in *Tesla v. Budd*, No. 14-cv-8564 (S.D.N.Y.), dated October 27, 2014.

323.    Exhibit 323 to this Declaration is a true and correct copy of the document with Bates number CRR0130426-31.

324.    Exhibit 324 to this Declaration is a true and correct copy of the document with Bates

number SKYE000609.

324.1.  Exhibit 324.1 to this Declaration is a true and correct copy of the document with Bates number TWS0047297.

325.    Exhibit 325 to this Declaration is a true and correct copy of the Summons and Complaint filed in *The Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No. 650778/15 (N.Y. Sup. Ct.), on March 13, 2015.

326.    Exhibit 326 to this Declaration is a true and correct copy of the document with Bates number CRR0210076.

327.    Exhibit 327 to this Declaration is a true and correct copy of the document with Bates number CRR00419487.

328.    Exhibit 328 to this Declaration is a true and correct copy of the document with Bates number TESLA0117408-09.

329.    Exhibit 329 to this Declaration is a true and correct copy of the document with Bates number TESLA0117410-12.

330.    Exhibit 330 to this Declaration is a true and correct copy of the document with Bates number CRR0210084.

331.    Exhibit 331 to this Declaration is a true and correct copy of the Answer filed in *The Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No. 650778/15 (N.Y. Sup. Ct.), on May 11, 2015.

332.    Exhibit 332 to this Declaration is a true and correct copy of the document with Bates number TESLA0116933.

332.1   Exhibit 332.1 to this Declaration is a true and correct copy of the document with Bates number CRR00419928.

333.    Exhibit 333 to this Declaration is a true and correct copy of the document with Bates

number CRR0210206.

334.    Exhibit 334 to this Declaration is a true and correct copy of the Transcript from the
February 23, 2016 Hearing in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.).

335.    Exhibit 335 to this Declaration is a true and correct copy of the Transcript from the
April 22, 2016 Conference held in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.).

336.    Exhibit 336 to this Declaration is a true and correct copy of the Transcript from the
October 13, 2016 Hearing in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.).

337.    Exhibit 337 to this Declaration is a true and correct copy of the document with Bates
number CRR00422151.

338.    Exhibit 338 to this Declaration is a true and correct copy of the document with Bates
number CRR00421095.

339.    Exhibit 339 to this Declaration is a true and correct copy of the Jury Verdict Form
from *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.), dated November 29, 2016.

340.    Exhibit 340 to this Declaration is a true and correct copy of the document with Bates
number CRR00421862.

341.    Exhibit 341 to this Declaration is a true and correct copy of the document with Bates
number CRR00421113.

342.    Exhibit 342 to this Declaration is a true and correct copy of the document with Bates
number CRR00435596.

343.    Exhibit 343 to this Declaration is a true and correct copy of selected excerpts from the
Jennifer Ferraro Affidavit filed on April 5, 2017, in *Related Companies, L.P. v. Tesla Wall Systems,
LLC*, Index No. 650778/15 (N.Y. Sup. Ct.).

344.    Exhibit 344 to this Declaration is a true and correct copy of the Decision and Order
entered on April 17, 2017 in *Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No.

650778/15 (N.Y. Sup. Ct.), with docket number 198.

345.    Exhibit 345 to this Declaration is a true and correct copy of the Decision and Order entered on April 17, 2017 in *Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No. 650778/15 (N.Y. Sup. Ct.), with docket number 199.

346.    Exhibit 346 to this Declaration is a true and correct copy of the Opinion and Order dated April 26, 2017, from *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.).

347.    Exhibit 347 to this Declaration is a true and correct copy of the Final Judgment entered on June 21, 2017, in *Related Companies, L.P. v. Tesla Wall Systems, LLC*, Index No. 650778/15 (N.Y. Sup. Ct.).

348.    Exhibit 348 to this Declaration is a true and correct copy of the First Amended Complaint filed on June 26, 2017, in *Related v. Ruthling et al.*, No. 17-cv-4175 (S.D.N.Y.).

349.    Exhibit 349 to this Declaration is a true and correct copy of the Answer filed by Defendants Ruthling, Tesla Walls LLC, Hudson Walls LLC, and Skye Holdings Ltd. on August 18, 2017, in *Related v. Ruthling et al.*, No. 17-cv-4175 (S.D.N.Y.).

350.    Exhibit 350 to this Declaration is a true and correct copy of the Expert Report of Michael D. Lewis filed on December 20, 2017.

351.    Exhibit 351 to this Declaration is a true and correct copy of the Expert Report of William F. Chandler filed on December 20, 2017.

352.    Exhibit 352 to this Declaration is a true and correct copy of the Order dated December 20, 2017, from *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.).

353.    Exhibit 353 to this Declaration is a true and correct copy of the "About AIT" web page located at the following URL (https://www.aitworldwide.com/about-ait), last accessed February 2, 2018.

354.    Exhibit 354 to this Declaration is a true and correct copy of the "About GHSC" web

page located at the following URL (http://agadvise.wixsite.com/ghsc/about), last accessed February 2, 2018.

355.   Exhibit 355 to this Declaration is a true and correct copy of the "Cost-plus contract" Wikipedia article located at the following URL (https://en.wikipedia.org/wiki/Cost-plus_contract), last accessed February 2, 2018.

356.   Exhibit 356 to this Declaration is a true and correct copy of the Tesla Walls "Featured Projects" web page located at the following URL (http://teslawalls.com/featuredprojects.htm), last accessed February 2, 2018.

357.   [Exhibit 357 deliberately omitted.]

358.   Exhibit 358 to this Declaration is a true and correct copy of the "Overview, Village at Santa Monica, Pankow Projects" web page located at the following URL (http://www.pankow.com/projects/village-at-santa-monica/), last accessed February 2, 2018.

359.   [Exhibit 359 deliberately omitted.]

360.   Exhibit 360 to this Declaration is a true and correct copy of the Enclos article titled "Insight, The Design-Assist Process," available at the following URL (https://www.enclos.com/assets/docs/Insight03-Chapter05-TheDesign-AssistProcess.pdf), last accessed February 2, 2018.

361.   Exhibit 361 to this Declaration is a true and correct copy of selected excerpts from the deposition of Carleton Ruthling in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.), dated December 17, 2015.

362.   Exhibit 362 to this Declaration is a true and correct copy of selected excerpts from the deposition of Michael Loughran in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.), dated January 26, 2016.

363.   Exhibit 363 to this Declaration is a true and correct copy of selected excerpts from the Trial Transcript in *Tesla v. Budd*, 14-cv-8564 (S.D.N.Y.), with various dates.

364.   Exhibit 364 to this Declaration is a true and correct copy of selected excerpts from the

Rule 30(b)(6) deposition of The Related Companies, L.P. and MBM Supply Company, LLC, given by Jennifer Ferraro in *Related v. Ruthling et al.*, No. 17-cv-4175 (S.D.N.Y.), dated November 1, 2017.

365.    Exhibit 365 to this Declaration is a true and correct copy of selected excerpts from the deposition of Christopher Du in this matter, dated November 9, 2017.

366.    Exhibit 366 to this Declaration is a true and correct copy of selected excerpts from the Rule 30(b)(6) deposition of Hudson Walls, LLC, given by Carleton Ruthling in this matter, dated November 13, 2017.

367.    Exhibit 367 to this Declaration is a true and correct copy of selected excerpts from the Rule 30(b)(6) deposition of Tesla Walls LLC, given by Carleton Ruthling in this matter, dated November 13, 2017.

368.    Exhibit 368 to this Declaration is a true and correct copy of selected excerpts from the Rule 30(b)(6) deposition of Skye Holdings LTD, given by Carleton Ruthling in this matter, dated November 14, 2017.

369.    Exhibit 369 to this Declaration is a true and correct copy of selected excerpts from the Rule 30(b)(6) deposition of Tesla Wall Systems, LLC, given by Carleton Ruthling in this matter, dated November 15, 2017.

370.    Exhibit 370 to this Declaration is a true and correct copy of selected excerpts from the deposition of Carleton Ruthling in this matter, dated November 16, 2017.

371.    Exhibit 371 to this Declaration is a true and correct copy of selected excerpts from the deposition of Sean Murphy in this matter, dated November 17, 2017.

372.    Exhibit 372 to this Declaration is a true and correct copy of selected excerpts from the deposition of Michael Trovini in this matter, dated November 20, 2017.

373.    Exhibit 373 to this Declaration is a true and correct copy of selected excerpts from the

Rule 30(b)(6) deposition of Skye Supply, given by Steven Gramling in this matter, dated November 28, 2017.

374.    Exhibit 374 to this Declaration is a true and correct copy of selected excerpts from the deposition of Michael Brenner in this matter, dated December 11, 2017.

375.    Exhibit 375 to this Declaration is a true and correct copy of selected excerpts from the deposition of Michael Lewis dated January 9, 2018.

376.    Exhibit 376 to this Declaration is a true and correct copy of selected excerpts from the deposition of Michael Budd in this matter, dated November 28, 2017.


Dated: New York, New York
            February 2, 2018

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr.
Karen A. Chesley
575 Lexington Avenue
New York, New York 10022
(212) 446-2300
ngravante@bsfllp.com
kchesley@bsfllp.com

Karen C. Dyer
121 South Orange Avenue
Orlando, Florida 32801
(407) 425-7118
kdyer@bsfllp.com

*Attorneys for Plaintiffs The Related Companies, L.P. and MBM Supply Co., LLC*

*Attorneys for Defendants Related Companies, L.P., and New Hudson Facades LLC*